UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES of AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>FRANK MIRANDA CARRILLO,<br><br>    Defendant. | Case No. 5:18-mj-70364-MAG<br><br>**CJA CONTRIBUTION ORDER** |

Having further reviewed defendant's financial affidavit, the Court determined that defendant is financially able to contribute.

IT IS HEREBY ORDERED THAT:

[X] THE DEFENDANT IS LIABLE FOR A CONTRIBUTION OF $50.00 PER MONTH, until the case is concluded or until further order of the Court, commencing:

    [X]     That certain date of _____ and the SAME DAY each month thereafter;

    [X]     MAIL TO:     **Clerk, U.S. District Court,**
                                   **280 South First Street, Room 2112**
                                   **San Jose, CA 95113-3095**

Please indicate that this is a CJA payment and include the case number.

Defense counsel has requested further opportunity to examine defendant's financial ability to contribute to his defense, accordingly, this ORDER IS STAYED pending further argument to be held on TUESDAY, April 3, 2018.

Dated: March 27, 2018                                        _____
                                                                           SUSAN VAN KEULEN
                                                                           United States Magistrate Judge