STEVEN G. KALAR
Federal Public Defender
Northern District of California
GRAHAM ARCHER
Assistant Federal Public Defender
55 South Market Street, Suite 820
San Jose, CA 95113
Telephone: (408) 291-7753
Facsimile: (408) 291-7399
Email: Graham_Archer@fd.org

Counsel for Defendant MIRANDA CARRILLO

THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>FRANK MIRANDA CARRILLO,<br><br>Defendant. | Case No.: CR 18-MJ-70364 MAG<br><br>**STIPULATION AND [~~PROPOSED~~]**<br>**ORDER CONTINUING HEARING** |

**STIPULATION**

Defendant Frank Miranda Carrillo and the government hereby stipulate and agree that, with the Court's approval, the status hearing currently set for Thursday, June 7, 2018, at 1:30 p.m. shall be continued to Wednesday, July 18, 2018 at 1:30 p.m.

The reason for the requested continuance is to allow further time for the parties to negotiate.

The parties further stipulate that the defendant waives his right under 18 U.S.C. § 3161(b) to have an information or indictment filed within thirty days from the date of arrest or service of a summons. Additionally the parties stipulate that the time for preliminary hearing under Rule 5.1 may be continued through Wednesday, July 18, 2018.

IT IS SO STIPULATED.

                STEVEN G. KALAR
                Federal Public Defender

Dated: June 6, 2018        /s_____
                GRAHAM E. ARCHER
                Assistant Federal Public Defender

                ALEX TSE
                UNITED STATES ATTORNEY

Dated: June 6, 2018        /s_____
                KATHERINE GRIFFIN
                Assistant United States Attorney

### [~~PROPOSED~~] **ORDER**

GOOD CAUSE APPEARING, upon stipulation of the parties, IT IS HEREBY ORDERED that the status hearing currently scheduled for Thursday, June 7, 2018, shall be continued to Wednesday, July 18, 2018, at 1:30 p.m., before the Honorable Virginia K. DeMarchi.

IT IS FURTHER ORDERED that the time through and including July 18, 2018, shall be excluded from the 30 days for filing an information or indictment under 18 U.S.C. § 3161(b), and that the time for a preliminary hearing is extended through July 18, 2018 pursuant to the stipulation of the parties.

IT IS SO ORDERED.

Dated: June 6, 2018                _____
                                      HON. SUSAN VAN KEULEN
                                      United States Magistrate Judge